UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BALLESTEROS-DUARTE, | No. 2:22-cv-1836 DAD AC P |
| Petitioner, | |
| v. | ORDER |
| DAVID BREWER, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, petitioner's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 23, 2023 findings and recommendations (ECF No. 5) are WITHDRAWN.

2. Petitioner's motion to dismiss the petition (ECF No. 6) is GRANTED.

3. This action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rules 1(b), 4, 28 U.S.C. foll. § 2254.

4. The Clerk of the Court is directed to close this case.

DATED: July 7, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE